MICHELE BECKWITH
Acting United States Attorney
NICOLE VANEK
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:12-CR-00392-DAD |
| Plaintiff, | STIPULATION REGARDING ADMIT/DENY HEARING AND STATUS CONFERENCE; FINDINGS AND ORDER |
| v. | |
| EMILIO LOPEZ, | DATE: April 28, 2025 |
| | TIME: 9:30 a.m. |
| Defendant. | COURT: Hon. Dale A. Drozd |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant Emilio Lopez, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter has been reassigned to the Honorable Dale A. Drozd.

2. By this stipulation, the parties now move to set a status conference on April 28, 2025, in this matter, rather than an admit/deny hearing, as the substantive case the TSR violations stem from is still pending.

3. The parties jointly request the April 28, 2025, status date and will confer with probation as necessary.

///

///

///

STIPULATION RE STATUS CONFERENCE           1

IT IS SO STIPULATED.

Dated: April 9, 2025          MICHELE BECKWITH
                              Acting United States Attorney

                              /s/ *NICOLE VANEK*
                              NICOLE VANEK
                              Assistant United States Attorney

Dated: April 9, 2025          /s/ *MEGHAN MCLOUGHLIN*
                              MEGHAN MCLOUGHLIN
                              Counsel for Defendant
                              Emilio Lopez

**ORDER**

IT IS SO ORDERED.

Dated:  **April 9, 2025**          _____
                                   DALE A. DROZD
                                   UNITED STATES DISTRICT JUDGE

STIPULATION RE STATUS CONFERENCE                2