HEATHER E. WILLIAMS, #122664
Federal Defender
MEGAN T. HOPKINS, #294141
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95823
Telephone: 916-498-5700
Fax: 916-498-5710

Attorney for Defendant
EMILIO LOPEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>EMILIO LOPEZ,<br>　　　　　　　Defendant. | Case No. 2:12-cr-00392-DAD<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME<br><br>Date: June 23, 2025<br>Time: 9:30 a.m.<br>Judge: Dale A. Drozd |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant United States Attorney Nicole Vanek counsel for plaintiff, and Assistant Federal Defender Megan T. Hopkins, counsel for defendant Emilio Lopez, that the status conference scheduled for June 23, 2025, be continued to **August 25, 2025, at 9:30 a.m.**

Defense counsel currently representing Mr. Lopez was just recently assigned the case, having inherited representation from now co-counsel Meghan McLoughlin, who is on extended leave. Discovery review in Mr. Lopez's substantive case, which this matter is trailing, has been undertaken by new counsel in earnest. However, new counsel needs additional time to complete discovery review, conduct investigation, finalize a review of the attributable sentencing factors, calculate the resulting estimated guideline range, and meet with the defendant to discuss his options before proceeding. Defense counsel has conferred with the government, who will be

sending over an offer to resolve the substantive case globally with the instant matter within a few weeks, which defense counsel will review with the defendant prior to the continued hearing date so as to be prepared to address the Court regarding the possible setting of an admission hearing jointly with a change of plea on the substantive matter on August 25, 2025.

As such, the parties request that the status conference in this matter be reset for August 25, 2025, at 9:30 a.m.  The parties will file a separate stipulation requesting a continuance in the substantive case to the same date.

Dated: June 18, 2025                            Respectfully submitted,

                                                HEATHER E. WILLIAMS
                                                Federal Public Defender

                                                */s/ Megan T. Hopkins*
                                                MEGAN T. HOPKINS
                                                Assistant Federal Defender
                                                Attorney for Defendant
                                                EMILIO LOPEZ


                                                MICHELLE BECKWITH
                                                Acting United States Attorney

Dated: June 18, 2025                             */s/ Nicole Vanek*
                                                NICOLE VANEK
                                                Assistant United States Attorney
                                                Attorney for Plaintiff

-2-

*United States v. Emilio Lopez*
Stipulation to Continue Status Conference

# **O R D E R**

Pursuant to the stipulation of the parties and good cause appearing, the status conference scheduled for June 23, 2025, at 9:30 a.m. is continued to **August 25, 2025, at 9:30 a.m.**

IT IS SO ORDERED.

Dated:  **June 18, 2025**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE