```
ERIC GRANT
United States Attorney
NICOLE M. VANEK
ADRIAN T. KINSELLA
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900
```

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EMILIO LOPEZ,<br><br>Defendant. | CASE NO. 2:25-CR-00067-DAD<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME; FINDINGS AND ORDER<br><br>DATE: August 25, 2025<br>TIME: 9:30 a.m.<br>COURT: HON. DALE A. DROZD |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EMILIO LOPEZ,<br><br>Defendant. | CASE NO. 2:12-CR-00392-DAD<br><br>STIPULATION TO CONTINUE ADMIT/DENY HEARING; FINDINGS AND ORDER<br><br>DATE: August 25, 2025<br>TIME: 9:30 a.m.<br>COURT: HON. DALE A. DROZD |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on August 25, 2025.

2. On August 15, 2025, the parties were notified that the Court has a conflict on August 25, 2025. The Court requested that the parties pick a mutually agreeable date and prepare a stipulation and proposed order to include excludable time.

1

3. By this stipulation, the parties now move to continue the status conference in case number 2:25-CR-00067-DAD until September 15, 2025.

4. By this stipulation, the parties move to exclude time in case number 2:25-CR-00067-DAD between August 25, 2025, and September 15, 2024, under Local Code T4, due to the scheduling conflict and availability of the Court and the parties.

5. By this stipulation, the parties move to continue the Admit/Deny hearing in case number 2:12-CR-00392-DAD to September 15, 2025, for a status conference.

6. The parties agree and stipulate, and request that the Court find the following as to case number 2:25-CR-00067-DAD:

    a) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    b) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of August 25, 2025 to September 15, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

7. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

8. The parties further agree and stipulate, and request that the Court find the following as to the supervised release violation proceedings in case number 2:12-CR-00392-DAD:

    a) The supervised release violation petition alleges that the defendant failed to notify of his October 31, 2024, arrest regarding a state probation violation; committed a new crime of selling fentanyl as alleged in case number 2:25-MJ-0044, which is now subsumed into 2:25-CR-00067-DAD; and unlawfully possessed a controlled substance as alleged in the new case.

    b) Two out of three of these alleged violations stem from the same conduct

underlying the new case, 2:25-CR-00067-DAD.

    c)      The parties wish to continue 2:12-CR-00392-DAD as they seek to resolve both cases at the same time or proceed to trial in the new case.

    d)      For these reasons, the parties agree and stipulate that 2:12-CR-00392-DAD should trail case number 2:25-CR-00067-DAD and therefore should be continued to September 15, 2025, at 9:30 a.m.

IT IS SO STIPULATED.

Dated: August 15, 2025

ERIC GRANT
United States Attorney

/s/ NICOLE M. VANEK
NICOLE M. VANEK
Assistant United States Attorney

Dated: August 15, 2025

/s/ MEGAN HOPKINS
MEGAN HOPKINS
Counsel for Defendant
EMILIO LOPEZ

## ORDER

Pursuant to the stipulation of the parties and good cause appearing, the status conference in case number 2:25-CR-00067-DAD is continued from August 25, 2025 to September 15, 2025, and time is excluded between August 25, 2025, and September 15, 2024, under Local Code T4. In addition, the Admit/Deny hearing in case number 2:12-CR-00392-DAD is also continued to September 15, 2025, at 9:30 a.m. for status conference.

IT IS SO ORDERED.

Dated: **August 15, 2025**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE